United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ADAPTIX, INC., <br><br> Plaintiff, <br><br> v. <br><br> APPLE INC., et al., <br><br> Defendants. | Case No. 5:15-cv-00364-PSG <br><br> **JUDGMENT** |

The court has granted Defendants Apple Inc. and AT&T Mobility LLC's motion to dismiss.[1] Because further amendment would be futile, leave to amend is denied.[2] The Clerk shall close the file.

**SO ORDERED.**

Dated: August 24, 2015

*Paul S. Grewal* (signature)
PAUL S. GREWAL
United States Magistrate Judge

---

[1] *See* Docket No. 44.

[2] *See Carolina Cas. Ins. Co. v. Team Equip., Inc.*, 741 F.3d 1082, 1086 (9th Cir. 2014) ("A complaint should not be dismissed without leave to amend unless amendment would be futile." (citing *McQuillion v. Schwarzenneger*, 369 F.3d 1091, 1099 (9th Cir. 2004))).