*[Counsel Listed on Signature Block]*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| ADAPTIX, Inc., <br>     Plaintiff, <br> v. <br><br> APPLE, INC., *et al.*, <br>     Defendants. | Case No. 5:13-cv-01776-PSG <br><br> **NOTICE OF CHANGE IN COUNSEL** |
| ADAPTIX, Inc., <br>     Plaintiff, <br> v. <br><br> APPLE, INC., *et al.*, <br>     Defendants. | Case No. 5:13-cv-01777-PSG |
| ADAPTIX, Inc., <br>     Plaintiff, <br> v. <br><br> AT&T MOBILITY LLC, *et al.*, <br>     Defendants. | Case No. 5:13-cv-01778-PSG |
| ADAPTIX, Inc., <br>     Plaintiff, <br> v. <br><br> CELLCO PARTNERSHIP *d/b/a* VERIZON WIRELESS, *et al.*, <br>     Defendants. | Case No. 5:13-cv-01844-PSG |
| ADAPTIX, Inc., <br>     Plaintiff, <br> v. <br><br> APPLE, INC., *et al.*, <br>     Defendants. | Case No. 5:13-cv-02023-PSG |
| ADAPTIX, Inc., <br>     Plaintiff, <br> v. <br><br> DELL, INC., *et al.*, <br>     Defendants. | Case No. 5:14-cv-1259-PSG |
| ADAPTIX, Inc., <br>     Plaintiff, <br> v. <br><br> AMAZON.COM, INC., *et al.*, <br>     Defendants. | Case No. 5:14-cv-01379-PSG |

| | |
|---|---|
| ADAPTIX, Inc.,<br>           Plaintiff,<br>  v.<br><br>SONY MOBILE COMMUNICATIONS, INC., *et al.*,<br>           Defendants. | Case No. 5:14-cv-01385-PSG |
| ADAPTIX, Inc.,<br>           Plaintiff,<br>  v.<br><br>ASUSTEK COMPUTER INC., *et al.*,<br><br>           Defendants. | Case No. 5:14-cv-03112-PSG |
| v.<br><br>HTC CORPORATION, *et al.*,<br><br>           Defendants. | Case No. 5:14-cv-02359-PSG |
| ADAPTIX, Inc.,<br>           Plaintiff,<br>v.<br><br>HTC Corporation, *et al.,*<br>           Defendants. | Case No.  5:14-cv-02360-PSG |
| ADAPTIX, Inc.,<br>           Plaintiff,<br>  v.<br><br>Kyocera Communications, Inc.*, et al.*,<br>           Defendants. | Case No.  5:14-cv-02894-PSG |
| ADAPTIX, Inc.,<br>           Plaintiff,<br>  v.<br><br>Kyocera Communications, Inc.*, et al.*,<br>           Defendants. | Case No.  5:14-cv-02895-PSG |
| ADAPTIX, Inc.,<br>           Plaintiff,<br><br>      v.<br><br>ZTE CORPORATION, et al.,<br><br>Defendants. | Case No. 5:15-cv-00165-PSG |

NOTICE OF CHANGE IN COUNSEL                                    ii

| | |
|---|---|
| ADAPTIX, Inc.,<br>      Plaintiff,<br><br>v.<br><br>ZTE CORPORATION, et al.,<br><br>Defendants. | Case No. 5:15-cv-00166-PSG |
| ADAPTIX, Inc.,<br>      Plaintiff,<br><br>v.<br><br>ZTE CORPORATION, et al.,<br><br>Defendants. | Case No. 5:15-cv-00167-PSG |
| ADAPTIX, Inc.,<br>      Plaintiff,<br><br>v.<br><br>ZTE CORPORATION, et al.,<br><br>Defendants. | Case No. 5:15-cv-00168-PSG |
| ADAPTIX, Inc.,<br>      Plaintiff,<br><br>v.<br><br>APPLE, INC., *et al.*,<br><br>Defendants. | Case No. 5:15-cv-00364-PSG |
| ADAPTIX, Inc.,<br>      Plaintiff,<br><br>v.<br><br>APPLE, INC., et al.,<br><br>Defendants. | Case No. 5:15-cv-00365-PSG |
| ADAPTIX, Inc.,<br>      Plaintiff,<br><br>v.<br><br>HTC CORPORATION, et al.,<br><br>Defendants. | Case No. 5:15-cv-00366-PSG |

| | |
|---|---|
| ADAPTIX, Inc.,<br>        Plaintiff,<br>v.<br>HTC CORPORATION, et al.,<br>Defendants. | Case No. 5:15-cv-00367-PSG |
| ADAPTIX, Inc.,<br>        Plaintiff,<br>v.<br> AMAZON.COM, INC., *et al.*,<br><br>Defendants. | Case No. 5:15-cv-00962-PSG |
| ADAPTIX, Inc.,<br>        Plaintiff,<br>v.<br>DELL INC., et al.,<br><br>        Defendants. | Case No. 5:15-cv-00971-PSG |
| ADAPTIX, Inc.,<br>        Plaintiff,<br>v.<br>SONY MOBILE COMMUNICATIONS (USA), INC., et al.,<br>Defendants. | Case No. 5:15-cv-00972-PSG |

**NOTICE OF CHANGE IN COUNSEL**

TO THE COURT AND ALL ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that effectively immediately, pursuant to Civil Local Rule 5-1(2)(C), Banys, P.C. and all of the following attorneys hereby withdraw as counsel of record for Plaintiff Adaptix, Inc:

Christopher D. Banys (SBN: 230038)

Richard C. Lin (SBN: 209223)

Jennifer L. Gilbert (SBN: 255820)

Christopher J. Judge (SBN: 274418)

Christopher S. Lavin (SBN: 301702)

Please remove all of the above-listed counsel from all notices and papers and from the Court's ECF service list for this matter.

Please continue to direct all future mailings to Hayes Messina Gilman & Hayes LLC, who remain counsel of record for the Plaintiff.

Dated: September 15, 2015          Respectfully submitted,

By: */s/ Jennifer L. Gilbert*
Christopher D. Banys
Richard C Lin
Jennifer L. Gilbert
Christopher S. Judge
Christopher S. Lavin
**BANYS, P.C.**
1032 Elwell Court, Suite 100
Palo Alto, CA 04303
Telephone: (650) 308-8505
Facsimile: (650) 353-2202
Email: cdb@banyspc.com
Email: rcl@banyspc.com
Email: jlg@banyspc.com
Email: cjj@banyspc.com
Email: csl@banyspc.com

***Attorneys for the Plaintiff, ADAPTIX, Inc.***

NOTICE OF CHANGE IN COUNSEL          1