*[Counsel Listed on Signature Block]*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| ADAPTIX, Inc.,<br><br>    Plaintiff,<br>  v.<br>DELL INC., *et al.*,<br><br>    Defendants. | Case No. 5:14-cv-01259-PSG<br><br>Magistrate Judge Paul S. Grewal |
| ADAPTIX, Inc.,<br><br>    Plaintiff,<br>  v.<br>AMAZON.COM, INC., *et al.*,<br><br>    Defendants. | Case No. 5:14-cv-01379-PSG<br><br>Magistrate Judge Paul S. Grewal |
| ADAPTIX, Inc.,<br><br>    Plaintiff,<br>  v.<br>SONY MOBILE COMMUNICATIONS, INC. *et al.*,<br><br>    Defendants. | Case No. 5:14-cv-01385-PSG<br><br>Magistrate Judge Paul S. Grewal |
| ADAPTIX, Inc.,<br><br>    Plaintiff,<br>  v.<br>HTC CORPORATION, *et al.*,<br><br>    Defendants. | Case No. 5:14-cv-02359-PSG<br><br>Magistrate Judge Paul S. Grewal |
| ADAPTIX, Inc.,<br><br>    Plaintiff,<br>  v.<br>HTC CORPORATION, *et al.*,<br><br>    Defendants. | Case No. 5:14-cv-02360-PSG<br><br>Magistrate Judge Paul S. Grewal |

| | |
|---|---|
| ADAPTIX, Inc.,<br>   Plaintiff,<br> v.<br>KYOCERA COMMUNICATIONS, INC., et al.,<br>   Defendants. | Case No. 5:14-cv-02895-PSG<br><br>Magistrate Judge Paul S. Grewal |
| ADAPTIX, Inc.,<br>   Plaintiff,<br> v.<br>APPLE INC, et al.,<br>   Defendants. | Case No. 5:15-cv-00364-PSG<br><br>Magistrate Judge Paul S. Grewal |
| ADAPTIX, Inc.,<br>   Plaintiff,<br> v.<br>APPLE INC, et al.,<br>   Defendants. | Case No. 5:15-cv-00365-PSG<br><br>Magistrate Judge Paul S. Grewal |
| ADAPTIX, Inc.,<br>   Plaintiff,<br> v.<br>HTC CORPORATION, et al.,<br>   Defendants. | Case No. 5:15-cv-00366-PSG<br><br>Magistrate Judge Paul S. Grewal |
| ADAPTIX, Inc.,<br>   Plaintiff,<br> v.<br>HTC CORPORATION, et al.,<br>   Defendants. | Case No. 5:15-cv-00367-PSG<br><br>Magistrate Judge Paul S. Grewal |
| ADAPTIX, Inc.,<br>   Plaintiff,<br> v.<br>AMAZON.COM INC., et al., | Case No. 5:15-cv-00962-PSG<br><br>Magistrate Judge Paul S. Grewal |

|  |  |
|---|---|
| Defendants. | |
| ADAPTIX, Inc., <br> Plaintiff, <br> v. <br> CELLCO PARTNERSHIP d/b/a <br> VERIZON WIRELESS, et al., <br> Defendants. | Case No. 5:15-cv-00971-PSG <br><br> Magistrate Judge Paul S. Grewal |
| ADAPTIX, Inc., <br> Plaintiff, <br> v. <br> SONY MOBILE COMMUNICATIONS (USA), et al., <br> Defendants. | Case No. 5:14-cv-00972-PSG <br><br> Magistrate Judge Paul S. Grewal |

**JOINT STIPULATION REGARDING BRIEFING DATES IN CONNECTION WITH VARIOUS PRECLUSION-RELATED MOTIONS**

The Court entered an Order in certain of the Wave II, Wave III, and Wave IV cases on August 21, 2015. S*ee e.g.,* (C.A. No. 5:14-cv-01385, Dkt. No. 146).

Defendants AT&T Mobility LLC, Cellco Partnership d/b/a Verizon Wireless, HTC Corporation, and HTC America, Inc. filed a Motion for Judgment on the Pleadings on August 26, 2015 (C.A. No. 5:14-cv-02359, Dkt. No. 110; C.A. No. 5:15-cv-02360, Dkt. No. 126), with responses due by September 9, 2015 and replies due by September 29, 2015.

Plaintiff, Adaptix, Inc., filed a Motion for Clarification of the August 21, 2015 Order on September 8, 2015 (C.A. No. 5:14-cv-01379, Dkt. No. 170; C.A. No. 5:14-cv-01385, Dkt. No. 150)(the "Motion for Clarification"), with responses due by September 22, 2015 and replies due by September 29, 2015.

Adaptix, Inc., filed a Rule 59(e) Motion on September 9, 2015 (C.A. No. 5:15-cv-962, Dkt. No. 49; C.A. No. 5:15-cv-971, Dkt. No. 53; C.A. No. 5:15-cv-972, Dkt. No. 54), with responses due by September 23, 2015 and replies due by September 30, 2015.

Defendant Cellco Partnership d/b/a Verizon Wireless filed a Motion for Judgment on the Pleadings on September 10, 2015 (C.A. No. 5:14-cv-1259, Dkt. No. 189; C.A. No. 5:14-cv-02895, Dkt. No. 159), with responses due by September 23, 2015 and replies due by September 30, 2015.

Defendant Sony Mobile filed a Motion for Summary Judgment on September 11, 2015 (C.A. No. 5:14-cv-01385, Dkt. No. 152), with responses due by September 25, 2015 and replies due by October 2, 2015.

Adaptix, Inc., filed a Rule 52/59 Motion on September 15, 2015 (C.A. No. 5:15-cv-00364, Dkt. No. 46; C.A. No. 5:15-cv-00365, Dkt. No. 48; C.A. No. 5:15-cv-00366, Dkt. No. 49; C.A. No. 5:15-cv-00367, Dkt. No. 49), with responses due by September 29, 2015 and replies due by October 6, 2015.

The parties agreed that all these motions should be heard on a single date. They

1  requested that date be November 9, 2015 at 10:00AM in Courtroom 5, 4th floor.

2      The Parties agree that all Defendants' responses to Adaptix's Motion for Clarification

3  and Rule 52/59 Motions will be on September 29, 2015 and Adaptix's replies on October 9, 2015.

4      The Parties also agree that Adaptix's responses to Verizon's Motion for Judgment on the

5  Pleadings and Sony's Motion for Summary Judgment are due on September 29, 2015, and

6  Defendants' replies on October 9, 2015.

| | |
|---|---|
| DATED: September 18, 2015 | Respectfully submitted, |
| | By: */s/James J. Foster* |
| | Paul J. Hayes (admitted *pro hac vice*) |
| | phayes@hayesmessina.com |
| | James J. Foster |
| | jfoster@hayesmessina.com |
| | Jason C. Williams (admitted *pro hac vice*) |
| | jwilliams@hayesmessina.com |
| | **HAYES MESSINA GILMAN & HAYES LLC** |
| | 200 State Street, 6th Floor |
| | Boston, MA 02109 |
| | Tel.: (617) 345-6900 |
| | |
| | *Attorneys for Adaptix Inc.* |
| | |
| | By: */s/ Fred I. Williams* |
| | Fred I. Williams (admitted *pro hac vice*) |
| | fwilliams@akingump.com |
| | **AKIN GUMP STRAUSS HAUER &FELD LLP** |
| | 600 Congress Avenue, Suite 1350 |
| | Austin, TX 78701 |
| | Tel.: (512) 499-6200 |
| | Fax: (512) 499-6290 |
| | |
| | Jayant K. Tatachar (*admitted pro hac vice*) |
| | jtatachar@akingump.com |
| | **AKIN GUMP STRAUSS HAUER & FELD LLP** |
| | 1700 Pacific Avenue, Suite 4100 |
| | Dallas, TX 75201 |
| | Tel.: (214) 969-2800 |
| | Fax: (214) 969-4343 |
| | |
| | By: */s/ Michael F. Reeder* |
| | Michael F. Reeder, (admitted *pro hac vice*) |
| | mreeder@akingump.com |
| | James L. Duncan, (admitted *pro hac vice*) |
| | jduncan@akingump.com |
| | **AKIN GUMP STRAUSS HAUER & FELD LLP** |
| | 1111 Louisiana St., 44th Floor |
| | Houston, TX 77002 |
| | Tel: (713) 220-5800 |
| | Fax: (713) 236-0822 |
| | |
| | Danielle C. Ginty (SBN 261809) |
| | dginty@akingump.com |
| | **AKIN GUMP STRAUSS HAUER & FELD LLP** |
| | 580 California Street, Suite 1500 |
| | San Francisco, CA 94104 |
| | Tel.: (415) 765-9500 |
| | Fax: (415) 765-9510 |

| | |
|---|---|
| 1 | *Attorneys for Defendant HTC Corporation and HTC America, Inc.* |
| 2 | |
| 3 | *Attorneys for Defendant and Counterclaimant AT&T Mobility LLC* |
| 4 | By: */s/ Geoffrey M. Godfrey* |
| 5 | Geoffrey M. Godfrey (SBN 228735)<br>geoff.godfrey@wilmerhale.com |
| 6 | Mark D. Flanagan (SBN 130303)<br>mark.flanagan@wilmerhale.com |
| 7 | Robert M. Galvin (SBN 171508)<br>robert.galvin@wilmerhale.com |
| 8 | Cortney C. Hoecherl (SBN 245005)<br>cortney.hoecherl@wilmerhale.com |
| 9 | S. Dennis Wang (SBN 261296)<br>dennis.wang@wilmerhale.com |
| 10 | **WILMER CUTLER PICKERING HALE AND DORR LLP** |
| 11 | 950 Page Mill Road<br>Palo Alto, CA 94303 |
| 12 | Tel.: (650) 858-6000<br>Fax: (650) 858-6100 |
| 13 | *Attorneys for Defendant and Counterclaimant Cellco Partnership d/b/a Verizon Wireless* |
| 14 | |
| 15 | |
| 16 | By: /s/James V. Mahon<br>James V. Mahon |
| 17 | jamesmahon@andrewskurth.com<br>**ANDREWS KURTH LLP** |
| 18 | 4505 Emperor Blvd., Suite 330<br>Durham, NC 27703 |
| 19 | Tel.: (202) 974-9551<br>Fax: (202) 974-9551 |
| 20 | John H. McDowell, Jr.<br>johnmcdowell@andrewskurth.com |
| 21 | Benjamin J. Setnick<br>bensetnick@andrewskurth.com |
| 22 | **ANDREWS KURTH LLP** |
| 23 | 1717 Main St., Suite 3700<br>Dallas, TX 75201 |
| 24 | Tel. (214) 659-4737<br>Fax: (214) 659-4401 |
| 25 | |
| 26 | DANIEL J. BERGESON, Bar No. 105439<br>dbergeson@be-law.com |
| 27 | JAIDEEP VENKATESAN, Bar No. 211386<br>jvenkatesan@be-law.com |
| 28 | CLARK S. STONE, Bar No. 202123 |

JOINT STIPULATION REGARDING BRIEFING DATES   -4-   CASE NOS. 5:14-cv-1279, -1379, -01385, -2359;
-2360; -2894; -2895; -972
CASE NOS. 5:15-cv-364, -365, -366, -367, 962, -971

cstone@be-law.com
BERGESON, LLP
2033 Gateway Place, Suite 300
San Jose, CA 95110-3715
Telephone: (408) 291-6200
Facsimile:  (408) 297-6000

*Attorneys for Defendant and Counterclaimant*
*Sony Mobile Communications (USA) Inc.*

## ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), the attorneys signing above for defendants Kyocera Communications, Inc., HTC Corporation, HTC America, Inc., AT&T Mobility LLC, Cellco Partnership d/b/a Verizon Wireless, and Sony Mobile Communications (USA) Inc. attest that they have each obtained the concurrence of the other for purposes of filing these papers in coordinated Case Nos. 5:14-cv-01259, 5:14-cv-01379, 5:14-cv-01385, 5:14-cv-02359-PSG, 5:14-cv-02360-PSG, 5:14-cv-02894-PSG, 5:14-cv-02895-PSG.

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this 18 day of September, 2015, with a copy of this document via the Court's CM/ECF system.

/s/ Jason C. Williams
Jason C. Williams

Pursuant to Stipulation, it is so ORDERED

Dated: __September 18__, 2015

*Paul S. Grewal*
Hon. Paul S. Grewal
United States Magistrate Judge