1  *[Counsel Listed on Signature Block]*

2

3  **UNITED STATES DISTRICT COURT**
   **NORTHERN DISTRICT OF CALIFORNIA**
4  **SAN JOSE DIVISION**

5  ADAPTIX, Inc.,                                    Case No. 5:14-cv-01259-PSG

6                      Plaintiff,                    Magistrate Judge Paul S. Grewal

7              v.

8  DELL INC., *et al.*,

                    Defendants.
9
   ADAPTIX, Inc.,                                    Case No. 5:14-cv-01379-PSG
10
                    Plaintiff,                       Magistrate Judge Paul S. Grewal
11
            v.
12
   AMAZON.COM, INC., *et al.*,
13
                    Defendants.

14 ADAPTIX, Inc.,                                    Case No. 5:14-cv-01385-PSG

15                  Plaintiff,                       Magistrate Judge Paul S. Grewal

16         v.

17 SONY MOBILE COMMUNICATIONS, INC.
   *et al.*,
18
                    Defendants.

19 ADAPTIX, Inc.,                                    Case No. 5:14-cv-02359-PSG

20                  Plaintiff,                       Magistrate Judge Paul S. Grewal

21         v.

22 HTC CORPORATION, *et al.*,

                    Defendants.
23
   ADAPTIX, Inc.,                                    Case No. 5:14-cv-02360-PSG
24
                    Plaintiff,                       Magistrate Judge Paul S. Grewal
25
           v.
26
   HTC CORPORATION, *et al.*,
27
                    Defendants.
28

06094060    JOINT STIPULATION TO MOVE HEARING DATES        CASE NOS. 5:14-cv-1279, -1379, -01385, -2359;
                                                                        -2360; -2894; -2895

| | |
|---|---|
| ADAPTIX, Inc., | Case No. 5:14-cv-02895-PSG |
| Plaintiff, | |
| v. | Magistrate Judge Paul S. Grewal |
| KYOCERA COMMUNICATIONS, INC., *et al.*, | |
| Defendants. | |

| | |
|---|---|
| ADAPTIX, Inc., | Case No. 5:15-cv-00364-PSG |
| Plaintiff, | |
| v. | Magistrate Judge Paul S. Grewal |
| APPLE INC, et al., | |
| Defendants. | |

| | |
|---|---|
| ADAPTIX, Inc., | Case No. 5:15-cv-00365-PSG |
| Plaintiff, | |
| v. | Magistrate Judge Paul S. Grewal |
| APPLE INC, et al., | |
| Defendants. | |

| | |
|---|---|
| ADAPTIX, Inc., | Case No. 5:15-cv-00366-PSG |
| Plaintiff, | |
| v. | Magistrate Judge Paul S. Grewal |
| HTC CORPORATION, et al., | |
| Defendants. | |

| | |
|---|---|
| ADAPTIX, Inc., | Case No. 5:15-cv-00367-PSG |
| Plaintiff, | |
| v. | Magistrate Judge Paul S. Grewal |
| HTC CORPORATION, et al., | |
| Defendants. | |

| | |
|---|---|
| ADAPTIX, Inc., | Case No. 5:15-cv-00962-PSG |
| Plaintiff, | |
| v. | Magistrate Judge Paul S. Grewal |
| AMAZON.COM INC., et al., | |

JOINT STIPULATION TO MOVE HEARING DATES                    -2-                    CASE NOS. 5:14-cv-1279, -1379, -01385, -2359;
-2360; -2894; -2895; -972
CASE NOS. 5:15-cv-364, -365, -366, -367, 962, -971

1 | Defendants.

2

3  ADAPTIX, Inc.,                                    Case No. 5:15-cv-00971-PSG

                    Plaintiff,
                                                     Magistrate Judge Paul S. Grewal
4          v.

5  CELLCO PARTNERSHIP d /b/a

6  VERIZON WIRELESS, et al.,

                    Defendants.
7

8  ADAPTIX, Inc.,                                    Case No. 5:14-cv-00972-PSG

                    Plaintiff,
                                                     Magistrate Judge Paul S. Grewal
9          v.

10  SONY MOBILE COMMUNICATIONS
    (USA), et al.,
11
                    Defendants.
12

13

14

15

16  **JOINT STIPULATION TO MOVE COURT HEARINGS TO NOVEMBER 9, 2015 IN
    CONNECTION WITH VARIOUS PRECLUSION-RELATED MOTIONS**

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION TO MOVE HEARING DATES          -3-          CASE NOS. 5:14-cv-1279, -1379, -01385, -2359;
                                                                         -2360; -2894; -2895; -972
                                                    CASE NOS. 5:15-cv-364, -365, -366, -367, 962, -971

The Court entered an Order in certain of the Wave II, Wave III, and Wave IV cases on August 21, 2015. S*ee e.g.,* (C.A. No. 5:14-cv-01385, Dkt. No. 146).

Defendants AT&T Mobility LLC, Cellco Partnership d/b/a Verizon Wireless, HTC Corporation, and HTC America, Inc. filed a Motion for Judgment on the Pleadings on August 26, 2015 (C.A. No. 5:14-cv-02359, Dkt. No. 110; C.A. No. 5:15-cv-02360, Dkt. No. 126), scheduled to be heard October 6, 2015.

Plaintiff, Adaptix, Inc., filed a Motion for Clarification of the August 21, 2015 Order on September 8, 2015 (C.A. No. 5:14-cv-01379, Dkt. No. 170; C.A. No. 5:14-cv-01385, Dkt. No. 150)(the "Motion for Clarification"), scheduled to be heard October 13, 2015.

Adaptix, Inc., filed a Rule 59(e) Motion on September 9, 2015 (C.A. No. 5:15-cv-962, Dkt. No. 49; C.A. No. 5:15-cv-971, Dkt. No. 53; C.A. No. 5:15-cv-972, Dkt. No. 54), scheduled to be heard October 20, 2015.

Defendant Cellco Partnership d/b/a Verizon Wireless filed a Motion for Judgment on the Pleadings on September 10, 2015 (C.A. No. 5:14-cv-1259, Dkt. No. 189; C.A. No. 5:14-cv-02895, Dkt. No. 159), scheduled to be heard October 20, 2015.

Defendant Sony Mobile filed a Motion for Summary Judgment on September 11, 2015 (C.A. No. 5:14-cv-01385, Dkt. No. 152), scheduled to be heard October 20, 2015.

Adaptix, Inc., filed a Rule 52/59 Motion on September 15, 2015 (C.A. No. 5:15-cv-00364, Dkt. No. 46; C.A. No. 5:15-cv-00365, Dkt. No. 48; C.A. No. 5:15-cv-00366, Dkt. No. 49; C.A. No. 5:15-cv-00367, Dkt. No. 49), scheduled to be heard October 20, 2015.

The parties agree that all these motions should be heard on a single date. They thus respectfully request that date be November 9, 2015 at 10:00AM in Courtroom 5, 4th floor.

DATED: September 18, 2015              Respectfully submitted,

By: */s/James J. Foster*
Paul J. Hayes (admitted *pro hac vice*)
phayes@hayesmessina.com
James J. Foster
jfoster@hayesmessina.com
Jason C. Williams (admitted *pro hac vice*)
jwilliams@hayesmessina.com
**HAYES MESSINA GILMAN & HAYES LLC**
200 State Street, 6th Floor
Boston, MA 02109
Tel.: (617) 345-6900

*Attorneys for Adaptix Inc.*

By: */s/ Fred I. Williams*
Fred I. Williams (admitted *pro hac vice*)
fwilliams@akingump.com
**AKIN GUMP STRAUSS HAUER &FELD LLP**
600 Congress Avenue, Suite 1350
Austin, TX 78701
Tel.: (512) 499-6200
Fax: (512) 499-6290

Jayant K. Tatachar (*admitted pro hac vice*)
jtatachar@akingump.com
**AKIN GUMP STRAUSS HAUER & FELD LLP**
1700 Pacific Avenue, Suite 4100
Dallas, TX 75201
Tel.: (214) 969-2800
Fax: (214) 969-4343

By: */s/ Michael F. Reeder*
Michael F. Reeder, (admitted *pro hac vice*)
mreeder@akingump.com
James L. Duncan, (admitted *pro hac vice*)
jduncan@akingump.com
**AKIN GUMP STRAUSS HAUER & FELD LLP**
1111 Louisiana St., 44th Floor
Houston, TX 77002
Tel: (713) 220-5800
Fax: (713) 236-0822

Danielle C. Ginty (SBN 261809)
dginty@akingump.com
**AKIN GUMP STRAUSS HAUER & FELD LLP**
580 California Street, Suite 1500
San Francisco, CA 94104
Tel.: (415) 765-9500
Fax: (415) 765-9510

1           *Attorneys for Defendant HTC Corporation and HTC America, Inc.*

2

3           *Attorneys for Defendant and Counterclaimant AT&T Mobility LLC*

4           By: */s/ Geoffrey M. Godfrey*

5           Geoffrey M. Godfrey (SBN 228735)
          geoff.godfrey@wilmerhale.com

6           Mark D. Flanagan (SBN 130303)
          mark.flanagan@wilmerhale.com

7           Robert M. Galvin (SBN 171508)
          robert.galvin@wilmerhale.com

8           Cortney C. Hoecherl (SBN 245005)
          cortney.hoecherl@wilmerhale.com

9           S. Dennis Wang (SBN 261296)
          dennis.wang@wilmerhale.com

10          **WILMER CUTLER PICKERING HALE AND DORR LLP**

11          950 Page Mill Road
          Palo Alto, CA 94303

12          Tel.: (650) 858-6000
          Fax: (650) 858-6100

13          *Attorneys for Defendant and Counterclaimant Cellco Partnership d/b/a Verizon Wireless*

14

15          By: /s/James V. Mahon
          James V. Mahon

16          jamesmahon@andrewskurth.com

17          **ANDREWS KURTH LLP**
          4505 Emperor Blvd., Suite 330

18          Durham, NC 27703
          Tel.: (202) 974-9551

19          Fax: (202) 974-9551

20          John H. McDowell, Jr.
          johnmcdowell@andrewskurth.com

21          Benjamin J. Setnick
          bensetnick@andrewskurth.com

22          **ANDREWS KURTH LLP**
          1717 Main St., Suite 3700

23          Dallas, TX 75201
          Tel. (214) 659-4737

24          Fax: (214) 659-4401

25          DANIEL J. BERGESON, Bar No. 105439
          dbergeson@be-law.com

26          JAIDEEP VENKATESAN, Bar No. 211386
          jvenkatesan@be-law.com

27          CLARK S. STONE, Bar No. 202123
          cstone@be-law.com

28   JOINT STIPULATION TO MOVE HEARING DATES     -3-     CASE NOS. 5:14-cv-1279, -1379, -01385, -2359; -2360; -2894; -2895; -972
                                      CASE NOS. 5:15-cv-364, -365, -366, -367, 962, -971

BERGESON, LLP
2033 Gateway Place, Suite 300
San Jose, CA 95110-3715
Telephone: (408) 291-6200
Facsimile:  (408) 297-6000


*Attorneys for Defendant and Counterclaimant*
*Sony Mobile Communications (USA) Inc.*


## ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), the attorneys signing above for defendants Kyocera Communications, Inc., HTC Corporation, HTC America, Inc., AT&T Mobility LLC, Cellco Partnership d/b/a Verizon Wireless,  and Sony Mobile Communications (USA) Inc. attest that they have each obtained the concurrence of the other for purposes of filing these papers in coordinated Case Nos.  5:14-cv-01259,  5:14-cv-01379,  5:14-cv-01385,  5:14-cv-02359-PSG,  5:14-cv-02360-PSG, 5:14-cv-02894-PSG, 5:14-cv-02895-PSG.


## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this 18 day of September, 2015, with a copy of this document via the Court's CM/ECF system.

*/s/ Jason C. Williams*
Jason C. Williams

Pursuant to Stipulation, it is ORDERED that the hearing date be moved to November 23, 2015, at 10:00 AM in Courtroom 5, 4th Floor.

Dated: _____September 18_____, 2015

Hon. Paul S. Grewal
United States Magistrate Judge