AO 149 (6/88)

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT
Appeal Information Sheet

United States District Court for the Northern District of California

ADAPTIX INC -v- **Apple Inc., AT&T Mobility, LLC**

Plaintiff(s)        **Defendant(s)**

List all parties. Use asterisk to indicate dismissed or withdrawn parties. Use separate sheet if needed. Explain any discrepancy with caption used on judgment, order or opinion.)

Type of case: **Patent**

Docket No. **C15-364 PSG**        Date of Judgment/Order: **8/21/15, 3/14/16**

Cross or related appeal?        Date of Notice of Appeal: **4/13/16**

Appellant is: (X) Plaintiff    () Defendant    () Other (explain

DOCKET FEE STATUS:
    (X) Paid    () Not Paid    Billed On:
    U.S. Appeal? Yes ()  No ()
    In forma pauperis?
      () Granted    () Denied    () Revoked    () Pending    () Never requested

## COUNSEL
(List name, firm, address and telephone of lead counsel for each party. Indicate party represented.

Jennifer Lu Gilbert
Banys, P.C.
1032 Elwell Court, Suite 100
Palo Alto, CA 94303
650-308-8505
650-322-9103 (fax)
jlg@banyspc.com
Attorney for Adaptix, Inc.

**Mark D. Selwyn (SBN 244180)**
mark.selwyn@wilmerhale.com
**WILMER CUTLER PICKERING HALE AND DORR LLP**
950 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100
Attorney for Defendant Apple Inc.

COURT REPORTER:   Lee-Anne Shortridge, telephone number 408-287-4580 email: lee-anne_shortridge@cand.uscourts.gov.

IMPORTANT: Attach copy of opinion or order appealed from. Forward together with copy of notice of appeal and certified docket entries.